## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| RHONDA L. KOCH,, | : | Case Number 1:22-CV-02162 |
| | : | |
| Plaintiff, | : | JUDGE J.  DAVID A. RUIZ |
| | : | |
| -vs- | : | |
| | : | **STIPULATED NOTICE OF** |
| | : | **DISMISSAL WITH PREJUDICE** |
| | : | |
| PERRY LOCAL SCHOOLS BOARD OF | : | |
| EDUCATION, ET AL. | : | |
| Defendants. | : | |

We, the attorneys for the respective parties, do hereby stipulate pursuant to Federal Civil Rule 41, the above-captioned matter has been fully settled and compromised, that this action be dismissed with prejudice as against all Defendants including Perry Local Schools Board of Education, Jack Thompson, Scott Niedzwiecki and Todd Porcello and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.  Each party to bear their own costs and attorney fees.

s/ *Emily R. Spivack* per email consent

Emily R. Spivack (0090777)
emily.spivack@squirepb.com
Elizabeth A. Safier (0101368)
elizabeth.safier@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: +1.216.479.8500
Fax: +1.216.479.8780

*Attorneys for Defendants*

*s/ Jared S. Klebanow*

Jared S. Klebanow (0092018)
KLEBANOW LAW, LLC
701 The City Club Building
850 Euclid Avenue
Cleveland, Ohio 44114
P: (216) 621-8230
jklebanow@klebanowlaw.com

Avery Friedman (0006103)
AVERY FRIEDMAN & ASSOCIATES
701 The City Club Building
850 Euclid Avenue
Cleveland, Ohio 44114
P: (216) 621-9282
F: (216) 621-9283
avery@lawfriedman.com
fairhousing@gmail.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, Jared S. Klebanow, one of the attorneys for the Plaintiff, hereby certify that the foregoing was sent via email to counsel of record, on this 19th day of December 2023.

*s/Jared S. Klebanow*

JARED S. KLEBANOW